JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MILORAD OLIC,

               Petitioner,

        v.

HDSP Warden,

               Respondent.

)
)
)
)
)
)
)
)
)

Case No. SA CV 16-2234-MWF (SP)


**JUDGMENT**

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


Dated: March 29, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE